IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| William J. Lawton, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Michael J. Astrue, Commissioner )<br>of Social Security, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 4:11-3204-RMG<br><br><br><br><br><br>**ORDER** |

Plaintiff brought this action challenging the decision of the Commissioner denying his application for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) under the Social Security Act. (Dkt. No. 1). The Commissioner has now moved for the Court to reverse the decision of the Commissioner and to remand the matter to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g). The Commissioner has represented to the Court that should this motion be granted, the Appeals Council will remand the matter to the Administrative Law Judge for further proceedings and to address specific issues set forth in the motion. (Dkt. No. 20). Plaintiff has filed no opposition to this motion.

Therefore, the Court, pursuant to Sentence Four of 42 U.S.C. § 405(g), hereby **REVERSES** the decision of the Commissioner and **REMANDS** the case to the agency to conduct supplemental proceedings and to address those issues specified in the Commissioner's motion.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

July 16, 2012
Charleston, South Carolina