IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| WILLIAM J. LAWTON, ) | Civil Action No. 4:11-CV-03204-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed August 3, 2012. *See* 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees in the amount of $5,361.09. The parties filed a joint stipulation on August 17, 2012, advising the Court that the parties agreed to a compromise settlement in which Defendant agrees to pay Plaintiff $5,000.00 in attorney's fees.

The Court has reviewed the fee motion and response and finds the compromise settlement reasonable. Accordingly,

IT IS ORDERED that the Plaintiff's motion for attorney's fees and costs pursuant to the EAJA be granted in the amount of $5,000.00 in attorney's fees. It is further ordered that payment shall be made payable to the Plaintiff and delivered to Plaintiff's counsel. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

Richard M. Gergel
United States District Judge

August 17, 2012.

Charleston, South Carolina.